**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

PAUL B. RAWLS Jr,

          Plaintiffs,

v.

CITY OF WEST PALM BEACH

          Defendant.

_____/

**Case No. 9:22-cv-80284**
Lower court #502022CA001342XXXXMB

## DEFENDANT, CITY OF WEST PALM BEACH'S NOTICE OF REMOVAL

COMES NOW Defendant, CITY OF WEST PALM BEACH (the "City"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby files this statement of the grounds for removing this cause of action (i.e., "Notice of Removal") to the United States District Court for the Southern District of Florida, West Palm Beach Division, and states[1]:

1.      The Plaintiff, PAUL B. RAWLS Jr. (the "Plaintiff"), filed the Complaint which is the subject of this Notice of Removal against the City in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida (the "Complaint").

2.      On February 17, 2022, the Plaintiff served the City with Summons and the Complaint, a copy of which is attached hereto as Exhibit A (the Summons) and Exhibit B (the Complaint), respectively.

3.      In the Complaint the Plaintiff alleges a violation of 42 U.S.C. § 1983 caused by a trespass violation the City issued to the Plaintiff pursuant to City Policy 1-41.

4.      Under 28 U.S.C. § 1441(1), "any civil action brought in a State court of which the district courts of the United States have *original jurisdiction,* may be removed by the defendant or

---

[1] Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of Defendant's rights to assert any defense, including, but not limited to those defenses available under Rule 12 of the Federal Rules of Civil Procedure or otherwise.

*Paul B Rawls Jr. vs City WPB*
*Lower Court Case #502022CA001342XXXXMB AB*
*Notice of Removal*

defendants, to the district court of the United States for the district and division embracing the place where such action is pending."  (Emphasis added).  "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.  And notice of removal must be "filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."  28 U.S.C. § 1446(b)(1).

5.      In this case, the Plaintiff's claims fall squarely within the original jurisdiction of this Court and, accordingly, removal is proper.  Specifically, the Plaintiff has asserted a claim "arising under" federal law, i.e., 42 U.S.C. § 1983.  This claim falls squarely within this Court's original jurisdiction under 28 U.S.C. § 1331 and, as a result, removal is proper under 28 U.S.C. § 1441.

6.      Removal is also timely, as the City has filed this Notice of Removal within thirty days of service of the Summons and the Complaint evincing the Plaintiff's federal claim.  In addition, removal to the West Palm Beach Division is proper, as West Palm Beach is the location where a "substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated."  28 U.S.C. § 1391(b)(2).

7.      Accordingly, removal of the Plaintiff's action from State court to this Court is proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above was e-served through via USPS first class mail and e-mail, this 23rd day of February, 2022, to Paul B. Rawls Jr., Pro-se, 395 27th St., Apt. 201, West Palm Beach, FL 33407, fiona.rockwell@icloud.com.

Respectfully submitted by:

OFFICE OF THE CITY ATTORNEY
CITY OF WEST PALM BEACH

*Paul B Rawls Jr. vs City WPB*
*Lower Court Case #502022CA001342XXXXMB AB*
*Notice of Removal*

P. O. Box 3366
West Palm Beach, FL  33402
Telephone: (561) 822-1353
Facsimile: (561) 822-1373
Primary: astella@wpb.org
Secondary: svegas-catinella@wpb.org

By: /s/ ANTHONY M. STELLA
Anthony M. Stella
Assistant City Attorney II
Florida Bar No.: 57449

**IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,**
**IN AND FOR PALM BEACH COUNTY, FLORIDA**

CASE NO: 50-2022-CA-001342-XXXX-m
DIVISION: AB Circuit Civil CBntral Ai

Paul B Rawls Jr
_____
PLAINTIFF(S)

VS.

City of West Palm Beach
_____
DEFENDANT(S)

SERVED  845  A  M On 2/17  20 22
OFFICE OF THE SHERIFF, PALM BEACH COUNTY, FL

_____  7054
DEPUTY SHERIFF          ID NO.

**SUMMONS**
**(PERSONAL SERVICE ON A NATURAL PERSON)**

TO DEFENDANT(S):

City of West Palm Beach
c/o Mayor Kieth James
_____
_____
_____

ALTERNATE ADDRESS:

401 Clemetis St
West Palm Beach FL 33401
_____
_____

**IMPORTANT**

A LAWSUIT HAS BEEN FILED AGAINST YOU.  YOU HAVE **20 CALENDAR DAYS** AFTER THIS SUMMONS IS SERVED ON YOU TO FILE A WRITTEN RESPONSE TO THE ATTACHED COMPLAINT WITH THE CLERK OF THIS COURT.  A PHONE CALL WILL NOT PROTECT YOU.  YOUR WRITTEN RESPONSE, INCLUDING THE CASE NUMBER GIVEN ABOVE AND THE NAMES OF THE PARTIES, MUST BE FILED IF YOU WANT THE COURT TO HEAR YOUR SIDE OF THE CASE.  IF YOU DO NOT FILE YOUR RESPONSE ON TIME, YOU MAY LOSE THE CASE, AND YOUR WAGES, MONEY, AND PROPERTY MAY THEREAFTER BE TAKEN WITHOUT FURTHER WARNING FROM THE COURT.  THERE ARE OTHER LEGAL REQUIREMENTS.  YOU MAY WANT TO CALL AN ATTORNEY RIGHT AWAY.  IF YOU DO NOT KNOW AN ATTORNEY, YOU MAY CALL AN ATTORNEY REFERRAL SERVICE OR A LEGAL AID OFFICE (LISTED IN THE PHONE BOOK).

IF YOU CHOOSE TO FILE A WRITTEN RESPONSE YOURSELF, AT THE SAME TIME YOU FILE YOUR WRITTEN RESPONSE TO THE COURT YOU MUST ALSO MAIL OR TAKE A COPY OF YOUR WRITTEN RESPONSE TO THE PLAINTIFF OR PLAINTIFF(S) ATTORNEY NAMED BELOW:

_____
_____
_____

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Tammy Anton, Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

EXHIBIT A

IMPORTANTE

USTED HA SIDO DEMANDADO LEGALMENTE. TIENE 20 DIAS CONTADOS A PARTIR DEL RECIBO DE ESTA NOTIFICACION PARA CONTESTAR POR ESCRITO LA DEMANDA ADJUNTA Y PRESENTARLA ANTE ESTE TRIBUNAL. UNA LLAMADA TELEFONICA NO LO PROTEGERA. SI USTED DESEA QUE EL TRIBUNAL CONSIDERE SU DEFENSA, DEBE PRESENTAR SU RESPUESTA POR ESCRITO, INCLUYENDO EL NUMBERO DEL CASO Y LOS NOMBRES DE LAS PARTES INTERESADAS. SI USTED NO CONTESTA LA DEMANDA A TIEMPO, PUDIESE PERDER EL CASO Y PODRIA SER DESPOJADO DE SUS INGRESOS Y PROPIEDADES O PRIVADO DE SUS DERECHOS, SIN PREVIO AVISO DEL TRIBUNAL. EXISTEN OTROS REQUISITOS LEGALES. SI LO DESEA, PUEDE USTED CONSULTAR A UN ABOGADO INMEDIATAMENTE. SI NO CONOCE A UN ABOGADO, PUEDE LLAMAR A UNA DE LAS OFICINAS DE ASISTENCIA LEGAL QUE APARECEN EN LA GUIA TELEFONICA.

SI DESEA RESPONDER A LA DEMANDA POR SU CUENTA, AL MISMO TIEMPO EN QUE PRESENTA SU RESPUESTA ANTE EL TRIBUNAL, DEBERA USTED ENVIAR POR CORREO O ENTREGAR UNA COPIA DE SU RESPUESTA A LA PERSONA DENOMINADO ABAJO COMO PLAINTIFF/PLAINTIFF(S) ATTORNEY (DEMANDANTE O ABOGADO DEL DEMANDANTE):

_____
_____
_____

**"Si usted es una <u>persona minusválida</u> que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con Tammy Anton, 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

IMPORTANT

DES POURSUITES JUDICIARIES ONT ETE ENTREPRISES CONTRE VOUS. VOUS AVEZ 20 JOURS CONSECUTIFS A PARTIR DE LA DATE DE L@ASSIGNATION DE CETTE CITATION POUR DEPOSER UNE REPONSE ECRITE A LA PLAINTE CI-JOINTE AUPRES DE CE TRIBUNAL. UN SIMPLE COUP DE TELEPHONE EST INSUFFISANT POUR VOUS PROTEGER; VOUS ETES OBILIGE DE DEPOSER VOTRE RESPONSE ECRITE, AVEC MENTION DU NUMERO DE DOSSIER CI-DESSUS ET DU NOM DES PARTIES NOMMEES ICI, SI VOUS SOUHAITEZ QUE LE TRIBUNAL ENTENDE VOTRE CAUSE. SI VOUS NE DEPOSEZ PAS VOTRE REPONSE ECRITE DANS LE RELAI REQUIS, VOUS RISQUEZ DE PERDRE LA CAUSE AINSI QUE VOTRE SALAIRE, VOTRE ARGENT, ET VOS BIENS PEUVENT ETRE SAISIS PAR LA SUITE, SANS AUCUN PREAVIS ULTERIEUR DU TRIBUNAL. IL Y A D@AUTRES OBLIGATIONS JURIDIQUES ET VOUS POUVEZ REQUERIR LES SERVICES IMMEDIATS D@UN AVOCAT. SI VOUS NE CONNAISSEZ PAS D@AVOCATS OU A UN BUREAU D@ASSISTANCE JURIDIQUE (FIGURANT A L@ANNUAIRE DE TELEPHONES).

SI VOUS CHOISISSEZ DE DEPOSER VOUS-MEME UNE REPONSE ECRITE, IL VOUS FAUDRA EGALEMENT, EN MEME TEMPS QUE CETTE FORMALITE, FAIRE PARVENIR OU EXPEDIER UNE COPIE DE VOTRE REPONSE ECRITE AU aPLAINTIFF/PLAINTIFF(S) ATTORNEY@ (PLAIGNANT OU A SON AVOCAT) NOMME CI-DESSOUS:

_____
_____
_____

"**Si ou se yon <u>moun ki enfim</u> ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte Tammy Anton, kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711.**"

THE STATE OF FLORIDA:

TO EACH SHERIFF OF THE STATE: YOU ARE COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS LAWSUIT ON THE ABOVE NAMED DEFENDANT(S).

DATED: _____ FEB 16 2022

Joseph Abruzzo,
Clerk of the Circuit Court & Comprtoller

BY: _____
AS DEPUTY CLERK   Shalea Ravenell

IN THE _____15th_____ COURT, FIFTEENTH JUDICIAL
CIRCUIT, PALM BEACH COUNTY, FLORIDA


PETITIONER/PLAINTIFF

  Paul B Rawls Jr

DIVISION: AB


RESPONDENT/DEFENDANT

  City of West Palm Beach

CASE NUMBER:

50 2022 CA 001 3 4 2 XXXX MB


Complaint

My constitutional rights were violated, Florida Constitution Article 1, Section 4,
freedom of the press.

I was trespassed from City Hall on Oct 20th, 2021 as an independent journalist for
violating the Mayors policy, Policy 1-41 & not an ordinance as stated by Assistant
Chief of Police Tameca West.

This is a violation under 42 US Code 1983, deprivation of rights under the color of law


Signature

  395 27th St Apt 201
Address
  West Palm Beach FL, 33407
City/State/Zip
  5617301262
Telephone Number
  fiona.rockwell@icloud.com
E-Mail Address

February 14th, 2022
Date

1 of 2

EXHIBIT B